LAWRENCE F. JONES, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Judgment reversed upon the law and the facts, and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

SARAH KAHAN, Appellant, v. LEON KAHAN, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ALEXANDER KASS, Respondent, v. VANDEVEER HOTEL CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MONIA KASS, Respondent, v. VANDEVEER HOTEL CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

LOUIS LENTSCHNER, Appellant, v. PAULINE KLEIN, Respondent.— Judgment dismissing complaint reversed upon the law and the facts, with costs, and judgment directed for plaintiff as prayed for in the complaint, with costs. Plaintiff was not obligated to plead the alleged extension agreement of April, 1927, or the breach thereof. The extension agreement was a matter of defense that should have been pleaded in the answer if it had any validity. It had no validity as a defense since it was breached by defendant, which fact entitled plaintiff to enforce the mortgage under its original terms. Findings of fact numbered 5, 6 and 7 and conclusions of law numbered 2, 3 and 5 are reversed; plaintiff's proposed finding of fact numbered 5 is found, and his proposed conclusions of law numbered 1, 2, 3 and 4 are approved and adopted. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

MARINER HARBOR NATIONAL BANK, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ISIDOR MARKOWITZ, an Infant, by ELLEK MARKOWITZ, His Guardian ad Litem, Respondent, v. IKE MILLSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

J. WILLIAM MENGEL, Appellant, v. MANNING STIRES and PAULINE K. STIRES, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.